# Court of Appeals
# of the State of Georgia

ATLANTA, _August 13, 2025_

*The Court of Appeals hereby passes the following order:*

A26A0076. MICAH MENDOZA v. ANTONIO MENDOZA.

Defendant Micah Mendoza filed this direct appeal from the trial court's final judgment and decree in this divorce action. We lack jurisdiction.

"Appeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (2), (b); see *Onyemobi v. Onyemobi*, 375 Ga. App. 538, 538 (916 SE2d 738) (2025). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Micah Mendoza's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _08/13/2025_

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*